IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 06-203-1 |
| v. | : | |
| | : | CIVIL ACTION |
| EDWARD STERN | : | No. 16-583 |

## **ORDER**

AND NOW, this 4th day of May, 2023, upon consideration of Petitioner Edward Stern's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 233), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. The stay in the above-captioned criminal matter shall be LIFTED;

2. The Motion is DENIED without an evidentiary hearing; and

3. A Certificate of Appealability shall not issue, as reasonable jurists would not debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Clerk of Court is further DIRECTED to remove the civil matter from SUSPENSE, and to mark both the civil and criminal matters as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.